IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **No. 3:09-cr-00239-1** |
| v. | ) | |
| | ) | **Judge Nixon** |
| AKIN I. FLOYD | ) | |

## ORDER

Defendant Akin I. Floyd requested the Court continue his sentencing hearing in Case Number 09-cr-00240-13. (Case No. 09-cr-00240-13, Doc. No. 2602.) As Mr. Floyd is set to be sentenced in this case simultaneously with Case Number 09-cr-00240-13, the sentencing hearing in this case is hereby **CONTINUED** to **May 22, 2014**, at **10:00 a.m.**

It is so ORDERED.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT