IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00239 |
| v. | ) | 3:09-cr-00240-13 |
| | ) | Judge Nixon |
| AKIN I. FLOYD | ) | |

## ORDER

Pending before the Court in both of the above-captioned matters is Defendant Akin I. Floyd's Agreed Motion to Continue Sentencing Hearing ("Motion"), requesting the Court continue his sentencing hearing, currently scheduled for July 7, 2014, to a date in January 2015. (Case No. 3:09-cr-00239, Doc. No. 86; Case No. 3:09-cr-00240-13, Doc. No. 2674.) Mr. Floyd's counsel states that he has spoken with the Government, who agrees the sentencing hearing should be continued. (*Id.*) The Court hereby **GRANTS** the Motion; the sentencing hearing is **CONTINUED** to **January 16, 2015**, at **10:00 a.m.**

It is so ORDERED.

Entered this the _3rd_ day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT